UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2237(JMR/FLN)

Wintz Parcel Drivers, Inc.; Wintz Properties, Inc.; O.K. Freightways, Inc.; Wintz Distribution Company; Wintz Trailer Leasing, Inc.; Wintz Distribution Centers, Inc.; and George Wintz

v.

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall

ORDER

This matter is before the Court on plaintiffs' motion for a temporary restraining order and preliminary injunction. Based on the files, records, and proceedings herein, for the reasons set forth at the hearing, and having found this matter intimately related to case no. 1:97-CV-873, now before the Honorable George W. Lindberg, United States District Court for the Northern District of Illinois, this matter is hereby immediately transferred to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

Dated: October 17th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK